# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LAMARIO T. LAWS #555152,<br>Plaintiff | CIVIL DOCKET NO. 5:20-CV-01177-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID WADE CORRECTIONAL CENTER,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the first two claims in the Petition for Writ of Habeas Corpus (Record Document 1) are hereby **DENIED** and **DISMISSED WITH PREJUDICE**. The remaining, third claim will be served on Defendant pursuant to a separate order.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of March, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT